## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DEER PARK GLYCINE, LLC,<br><br>                     Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>                     Defendant. | **Court No. 24-00016** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Claire R. Kelly, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

                                                       /s/ Mark A. Barnett
                                                        Mark A. Barnett
                                                        Chief Judge