**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE**

| | |
|---|---|
| DEER PARK GLYCINE, LLC,<br><br>       Plaintiff,<br> v.<br><br>UNITED STATES,<br><br>       Defendant. | **COURT NO. 24-00016** |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  In accordance with Rule 41(a)(1)(A)(ii) of the United States Court of International Trade, the Plaintiff, Deer Park Glycine, LLC, and the Defendant, the United States, hereby stipulate to a voluntary dismissal without prejudice of all claims in this action with each party to bear their own fees and costs.

                     Respectfully submitted,

                     /s/ Brett A. Shumate
                     BRETT A. SHUMATE
                     Assistant Attorney General

                     /s/ Patricia M. McCarthy
                     PATRICIA M. MCCARTHY
                     Director

| | |
|---|---|
| /s/ David M. Schwartz<br>DAVID M. SCHWARTZ<br>Kerem Bilge<br>THOMPSON HINE LLP<br>1919 M Street, NW, Suite 700<br>Washington, DC 20036<br>Direct: (202) 263-4170<br>Fax: (202) 331-8330<br>Email: David.Schwartz@ThompsonHine.com<br><br>*Counsel for Plaintiff Deer Park Glycine, LLC* | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director<br><br>/s/ Geoffrey M. Long<br>GEOFFREY M. LONG<br>Acting Assistant Director<br><br>U.S. DEPARTMENT OF JUSTICE<br>Commercial Litigation Branch — Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-0159<br>Fax: (202) 307-0972<br>Email: geoffrey.m.long@usdoj.gov |

- 2 -

OF COUNSEL:

/s/ Joseph Grossman-Trawick
JOSEPH GROSSMAN-TRAWICK

U.S. DEPARTMENT OF COMMERCE
Office of Chief Counsel for Trade Enforcement
   and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
(202) 365-7536
Fax: (202) 482-8184
Email: joseph.grossman@trade.gov

*Counsel for Defendant*

Dated:  September 17, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DEER PARK GLYCINE, LLC,<br><br>                     Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>                     Defendant. | **BEFORE: JOSEPH A. LAROSKI, JR., JUDGE**<br><br>**COURT NO. 24-00016** |

**ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), this action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed without prejudice, with each party to bear its own costs, attorney fees, and expenses.


Dated: _____, 2025
      New York, New York                                         JOSEPH A. LAROSKI, JR., JUDGE